IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MORGAN SOUTHERN INC.

Plaintiff,

v.

LDL TRUCKING ASSOCIATES, INC.
ET AL

Defendant.

No. C 05-00927-JSW

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

ADR CERTIFICATION

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration    ☒ ENE    ☐ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

Dated: MAY 26, 2005

Attorney for Plaintiff

Dated: May 27, 2005

Attorney for Defendant
Emily Wages, Morrison & Foerster LLP

IT IS SO ORDERED:

Dated: May 31, 2005

/s/ Jeffrey S. White
UNITED STATES DISTRICT JUDGE