1   CARY L. DICTOR (St. Bar 65640)
    LAW OFFICES OF CARY L. DICTOR
2   19 Embarcadero Cove, 2nd Floor
    Oakland, California  94606
3   Telephone: (510) 437-8054

4   Attorney for Plaintiff MORGAN SOUTHERN, INC.

5

6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

    MORGAN SOUTHERN, INC.,                )    Civil Action No. C05-00927-JSW
12                                        )
            Plaintiff,                    )
13                                        )    **STIPULATION AND ORDER FOR**
            vs.                           )    **FILING SECOND AMENDED**
14                                        )    **COMPLAINT ADDING ADDITIONAL**
    LDL TRUCKING ASSOCIATES, INC.,        )    **DEFENDANT**
15  UNITED PARCEL SERVICE OF              )
    AMERICA, INC., d/b/a UPS; and DOES 1  )
16  THROUGH 10,                           )
                                          )
17          Defendants.                   )
    _____ )

18

19

20

21       **COMES NOW** plaintiff Morgan Southern, Inc. and defendants LDL Trucking

22  Associates, Inc., and United Parcel Service of America, Inc., d/b/a UPS, by and through the

23  undersigned counsel, and stipulate and agree that plaintiff may file a Second Amended

24  Complaint adding as an additional defendant United Parcel Service, Inc., an Ohio corporation,

25  as a co-defendant in each cause of action asserted against defendant United Parcel Service of

26  America, Inc., d/b/a UPS.

27  .///

28

1 | Dated: June 13, 2005

LAW OFFICES OF CARY L. DICTOR

2

3

By _____Cary L. Dictor_____
CARY L. DICTOR
Attorney for Plaintiff

4

5

6 | Dated: June 13, 2005

BOORNAZIAN, JENSEN & GARTHE,
A Professional Corporation,

7

8

By _____Gregory J. Rockwell_____
GREGORY J. ROCKWELL, ESQ.
DANIEL A. EDINGTON, ESQ.
Attorneys for Defendant LDL
TRUCKING ASSOCIATES, INC.

9

10

11 | Dated: June 16, 2005

MORRISON & FOERSTER, LLP

12

13

By _____Emily Wages_____
EMILY WAGES, ESQ.
Attorneys for Defendant UNITED
PARCEL SERVICE of AMERICA,
INC.

14

15

16

- - - - - - - - - - - - - - - - -- - - - - - - -

17

18

## O R D E R

19

20

Good cause appearing from the Stipulation of the parties,

IT IS SO ORDERED.

21

22 | Dated: __June 22, 2005_____

/s/ Jeffrey S. White_____
UNITED STATES DISTRICT COURT

23 | JUDGE

24

25 | C:\staging\42B88EEE-20DA-002078\in\42B88EEE-20DA-002078.wpd

26

-2-

27

Civil Action No. C05-00927-JSW

28

**STIPULATION AND ORDER FOR FILING SECOND
AMENDED COMPLAINT ADDING ADDITIONAL DEFENDANT**