1 CARY L. DICTOR (St. Bar 65640)
  LAW OFFICES OF CARY L. DICTOR
2 1166 Glen Drive
  San Leandro, CA 94577
3 Telephone: (510) 638-3845

4 Attorney for Plaintiff MORGAN SOUTHERN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MORGAN SOUTHERN, INC., ) | Civil Action No. C05-00927-JSW |
| Plaintiff, ) | |
| vs. ) | **ORDER OF DISMISSAL OF UPS COMPANIES** |
| LARRY D. LOWE d/b/a, LDL TRUCKING; UNITED PARCEL SERVICE OF AMERICA, INC., d/b/a UPS; and DOES 1 THROUGH 10, ) | |
| Defendants. ) | |

Good cause appearing from the application of plaintiff MORGAN SOUTHERN, INC.,

Defendants UNITED PARCEL SERVICE OF AMERICA, INC., and UNITED PARCEL SERVICE, INC., are hereby DISMISSED WITH PREJUDICE from the Second Amended Complaint.

** END OF ORDER **

Dated: January 19, 2006

*Jeffrey S. White*

Hon. Jeffrey S. White
United States District Court