**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MORGAN SOUTHERN, INC.,

      Plaintiff,                    No. C 05-00927 JSW

  v.

LARRY D. LOWE, ET AL,          **ORDER REQUIRING JOINT STATUS REPORT**

      Defendants.
_____/

      On January 19, 2006, this Court issued an order granting the stipulation of dismissal of the United Parcel Service companies. There has been no further significant activity by the Court in this case since that date.

      Accordingly, the Court HEREBY ORDERS the parties to submit a Joint Status Report by no later than April 21, 2006.

      **IT IS SO ORDERED.**

Dated:  April 12, 2006                 _____
                                   JEFFREY S. WHITE
                                   UNITED STATES DISTRICT JUDGE