1  CARY L. DICTOR (St. Bar 65640)
   LAW OFFICES OF CARY L. DICTOR
2  1166 Glen Drive
   San Leandro, CA 94577
3  Telephone: (510) 638-3845

4  Attorney for Plaintiff MORGAN SOUTHERN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MORGAN SOUTHERN, INC., | Civil Action No. C05-00927-JSW |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL OF LARRY D. LOWE AND LDL TRUCKING ASSOCIATES, INC.** |
| LARRY D. LOWE d/b/a, LDL TRUCKING; UNITED PARCEL SERVICE OF AMERICA, INC., d/b/a UPS; and DOES 1 THROUGH 10, | |
| Defendants. | |

   Good cause appearing from the stipulated application of plaintiff MORGAN SOUTHERN, INC., and defendant LDL Trucking Associates, Inc.;

   Defendants LARRY D. LOWE and LDL TRUCKING ASSOCIATES, INC. are hereby DISMISSED WITH PREJUDICE from the Second Amended Complaint.

   The Clerk is directed to close the file.

                       ** END OF ORDER **

   IT IS SO ORDERED.

   Dated: May 10, 2006                    _____
                                          Jeffrey S. White
                                          District Court Judge